**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Lucio Alexander Munoz,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-01371-JAD-EJY

**Order Granting Stipulation to Dismiss Case as Moot**

[ECF No. 18]

Petitioner Lucio Alexander Munoz filed this petition for federal habeas corpus relief from his immigration detention. The parties now stipulate to dismiss this case, explaining that Munoz was released on bond on August 10, 2026.[1] Accordingly,

IT IS ORDERED that the stipulation to dismiss **[ECF No. 18] is GRANTED. This case is DISMISSED** as moot. **The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
October 19, 2026

[1] ECF No. 18 (citing ECF No. 17).